OLCOTT et al. v. CARTWRIGHT et al. (Circuit Court of Appeals, Fifth Circuit. November 25, 1902.) No. 1,022. On Rehearing. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. No one of the judges who participated in the decision of this case (115 Fed. 1020) desiring a rehearing, the application for rehearing is denied.

PIPER v. CASHELL et al. (Circuit Court of Appeals, Ninth Circuit.) No. 853. In Error to the District Court of the United States for the Second Division of the District of Alaska. H. E. Shields and C. S. Hannum, for plaintiff in error. Samuel Knight, for defendants in error.

PER CURIAM. In the above-entitled cause, counsel for the defendants in error having called the attention of the court to the fact that counsel who signed the brief for the plaintiff in error therein are not members of the bar of the circuit court of appeals, thereupon the court held that briefs which were not signed by counsel whose qualifications were consistent with the requirements of rule 7 of the court (31 C. C. A. cxliv, 90 Fed. cxliv) would not be considered by the court.

PLATT v. WILMOT. (Circuit Court of Appeals, Second Circuit. October 30, 1902.) No. 126. In Error to the Circuit Court of the United States for the Northern District of New York. Before WALLACE, LACOMBE, and TOWNSEND, Circuit Judges.

PER CURIAM. Counsel having conceded that the questions involved herein are essentially the same as those in the case of Hobbs v. Bank (heretofore decided) 41 C. C. A. 205, 101 Fed. 75, the decision of the court below is affirmed, on the authority of that case.

ROUTAN v. MATHIAS. (Circuit Court of Appeals, Seventh Circuit. October 17, 1902.) No. 897. Appeal from the District Court of the United States for the Northern Division of the Northern District of Illinois. James H. Hooper, for appellant. George W. Miller, for appellee. Affirmed without opinion.

STATE BANK OF HUMBOLDT et al. v. NATIONAL SURETY CO. OF NEW YORK et al. (Circuit Court of Appeals, Eighth Circuit. December 1, 1902.) No. 1,530. Appeal from the Circuit Court of the United States for the District of Nebraska. John L. Webster and Isham Reavis, for appellants. Charles J. Greene and Ralph W. Breckenridge, for appellees. Appeal dismissed, with costs.

STRAND v. GRIFFITH et al. (Circuit Court of Appeals, Eighth Circuit. December 1, 1902.) No. 1,787. In Error to the Circuit Court of the United States for the District of Minnesota. Henry J. Gjertsen, for plaintiff in error. A. B. Jackson, for defendants in error. Dismissed, on motion of defendants in error, with costs, pursuant to rules 23 and 24 (31 C. C. A. clxiii, clxiv, 90 Fed. clxiii, clxiv). See 109 Fed. 597.